## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    Case No. 3:21 cr 52/MCR

**STEPHEN M. ALFORD**

_____/

## ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of

Florida, pursuant to an Indictment returned against the defendant,

**STEPHEN M. ALFORD,**

IT IS HEREBY ORDERED:

1.  Warrant of arrest shall immediately issue upon such indictment against

the defendant.

2.  Bail shall be determined by the Judicial Officer at the time of arrest in

accordance with the Bail Reform Act, and notation to such effect shall be placed

upon the warrant.

DONE and ORDERED this 18ᵗʰ day of August _____ 2021, at

Pensacola, Florida.


_____
UNITED STATES MAGISTRATE JUDGE