UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

Case No.  3:21-cr-52/MCR                     Date:  August 31, 2021
                                             Time: 2:20 p.m. – 2:26 p.m.


DOCKET ENTRY: INITIAL APPEARANCE ON INDICTMENT

PRESENT:
Honorable **Hope Thai Cannon**,            U.S. Magistrate Judge
Keri Igney,                                 Deputy Clerk
PNS Recorder,                               Court Reporter
David Goldberg                              Asst. U. S. Attorney
Tim Halstrom,                               Defense Attorney
None,                                       Interpreter
Kailey Minnick,                             Probation Officer

**Name of Defendant:  STEPHEN M. ALFORD**,
☒Custody ☐ Bond ☐ O/R

**PROCEEDINGS:**

☒  Defendant advised that he/she is before a United States Magistrate Judge.

☒  Defendant advised of charges against him/her.

☒  Defendant advised not to make any statement before consulting an attorney.

☒  Defendant advised of his/her right to hire counsel or have counsel appointed.

☒  Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

☒  Defendant appointed the services of the Federal Public Defender.
     (see separate order)

☐  Defendant declined to complete CJA Form 23, and was advised that should he subsequently change his mind, he should file a CJA 23 with Clerk of Court.

☐  Defendant advised he will hire his own counsel.

☒  Defendant advised of his right to reasonable bail.

☒  Government moves for detention.

☒  Defendant **WAIVED** the Detention Hearing & reserved the right to re-open the hearing at a later date if something changes.

☐  Detention hearing set for Click or tap to enter a date. by separate order and defendant temporarily detained.

☐  Defendant released on conditions.

☒  As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny.  Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

☒  Defendant arraigned for trial
   ☒  Defendant waived formal reading of the indictment.
   ☒  Defendant waived entered a plea of NOT GUILTY on all counts.
   ☒  Jury trial date:  October 4, 2021 before U.S. District Judge M. Casey Rodgers, U.S. Courthouse, Pensacola, Florida

_____
Filed in open Court
August 31, 2021
CRD:  kli

3:21-cr-52/MCR