IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No.   3:21cr52/MCR

STEPHEN M ALFORD,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Assistant Federal Public Defender RANDALL LOCKHART, and gives notice that he will be counsel for the defendant in the above-styled cause.

RESPECTFULLY SUBMITTED this 1st day of September, 2021.

                                                      /s/ *Randall S. Lockhart*
                                                 RANDALL S. LOCKHART
                                                 Michigan Bar No. P58597
                                                 Attorney for Defendant
                                                 3 W. Garden Street, Ste. 200
                                                 Pensacola, FL 32502
                                                 (850) 432-1418
                                                 Randall_Lockhart@fd.org