```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
                   PENSACOLA DIVISION


UNITED STATES OF AMERICA,        )
                                 )
      Plaintiff,                 )
                                 )
                                 )   Case No. 3:21cr52/MCR
                                 )
vs.                              )   Pensacola, Florida
                                 )   April 18, 2022
                                 )   9:00 a.m.
                                 )
STEPHEN M. ALFORD,               )
                                 )
      Defendant.                 )
_____)
```

TRANSCRIPT OF **SENTENCING** PROCEEDINGS
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE
(Pages 1-5)

```
FOR THE GOVERNMENT:     Jason R. Coody
                        Acting United States Attorney
                        By:  DAVID L. GOLDBERG
                             Assistant U.S. Attorney
                             david.goldberg@usdoj.gov
                        21 East Garden Street, Suite 400
                        Pensacola, Florida  32502

FOR THE DEFENDANT:      Randolph Murrell
                        Federal Public Defender
                        by:  RANDALL LOCKHART
                             Assistant Public Defender
                             Randall_Lockhart@fd.org
                        3 West Garden Street, Suite 200
                        Pensacola, Florida  32502
```

|  |  |
|---|---|
|  | 1    P R O C E E D I N G S |
| 09:00:44 | 2    *(Court called to order; Defendant present with counsel.)* |
| 09:00:44 | 3    **THE COURT:** Good morning. Mr. Stephen Alford is |
| 09:00:47 | 4    before the Court for sentencing this morning. |
| 09:00:50 | 5        Before we get started -- well, let me just bring you |
| 09:00:54 | 6    all up to date and speed on where I am with the sentencing. |
| 09:01:01 | 7        As you know, Mr. Lockhart raised a legal issue related |
| 09:01:06 | 8    to the application note 3 to 2B1.1 regarding intended loss. |
| 09:01:14 | 9    There was an initial briefing done and then the government |
| 09:01:18 | 10   responded to that briefing and then Mr. Lockhart filed a reply |
| 09:01:23 | 11   brief Thursday evening. |
| 09:01:25 | 12       And, honestly, it's a significant issue, and it's one |
| 09:01:29 | 13   that I want to have an opportunity to spend more time on, and |
| 09:01:33 | 14   so, I am not going to decide that issue today. I'm actually |
| 09:01:37 | 15   going to decide it and I'm going to issue a written decision |
| 09:01:43 | 16   addressing the issue because I do think it's an important |
| 09:01:46 | 17   issue. The Eleventh Circuit hasn't spoken to it. |
| 09:01:50 | 18       Neither side should read anything into what I'm saying |
| 09:01:53 | 19   in terms of how I'm leaning because I haven't determined that |
| 09:01:56 | 20   yet. The only thing I have determined is it's a significant |
| 09:01:59 | 21   issue and I do want to address it in a written decision. |
| 09:02:03 | 22       So, we're here and I will entertain, if you have |
| 09:02:09 | 23   witnesses, Mr. Goldberg, you wish to present. I know there was |
| 09:02:11 | 24   an issue on obstruction. I saw some reference to perhaps the |
| 09:02:15 | 25   government presenting witnesses. If the victim is here and |

|            |    |                                                                         |
|------------|----|-------------------------------------------------------------------------|
| 09:02:17   | 1  | would like to address the Court, I can hear from him as well.           |
| 09:02:20   | 2  | So we can do as much as we can, if you prefer, except for I'm           |
| 09:02:28   | 3  | not going to impose the sentence today.                                 |
| 09:02:33   | 4  | **MR. GOLDBERG:**  Your Honor, may I have your indulgence               |
| 09:02:37   | 5  | for one moment?                                                         |
| 09:02:38   | 6  | **THE COURT:**  Sure.                                                   |
| 09:03:04   | 7  | Senator Gaetz, I intend to get this rescheduled within                  |
| 09:03:08   | 8  | the next 30 days, but I'm also happy to hear from you today.            |
| 09:03:13   | 9  | **MR. GOLDBERG:**  Your Honor, it's the government's                    |
| 09:03:14   | 10 | position to just not put anything on today and, rather than do          |
| 09:03:18   | 11 | it piecemeal, just to come back for one formal sentencing.  And         |
| 09:03:22   | 12 | the victim is okay with that and accepts that; we discussed it.         |
| 09:03:24   | 13 | As for the potential evidentiary issues, counsel and                    |
| 09:03:29   | 14 | I, the defense and the government, spoke.  And in paragraph 33A         |
| 09:03:37   | 15 | through F -- this is on Document 42, paragraph 33A through F --         |
| 09:03:43   | 16 | those are the facts the government would be prepared to lay             |
| 09:03:46   | 17 | out.  The defense does not object to those facts, reserving the         |
| 09:03:50   | 18 | right for little explanation.  But we don't think there will be         |
| 09:03:54   | 19 | the need for witnesses because those are the facts as it                |
| 09:03:57   | 20 | relates to obstruction.                                                 |
| 09:03:58   | 21 | **THE COURT:**  Mr. Lockhart, do you agree?                             |
| 09:04:00   | 22 | **MR. LOCKHART:**  We have minor clarifications regarding               |
| 09:04:03   | 23 | the order of some of the things that Mr. Alford said.  But in           |
| 09:04:06   | 24 | sum and substance, Your Honor, those are the facts, and I think         |
| 09:04:09   | 25 | we can argue it based on that record without being here for             |

|          |    |                                                                                 |
|----------|----|---------------------------------------------------------------------------------|
| 09:04:13 | 1  | hours on end, frankly.                                                          |
| 09:04:15 | 2  | **THE COURT:**  So no issue of confrontation, cross,                            |
| 09:04:18 | 3  | anything like that?  These are the facts?                                       |
| 09:04:19 | 4  | **MR. LOCKHART:**  That's right, Your Honor.                                    |
| 09:04:21 | 5  | **THE COURT:**  Okay, thank you.                                                |
| 09:04:22 | 6  | Then we'll handle it that way.  I'll get the                                    |
| 09:04:29 | 7  | sentencing rescheduled, again, within the next 30 days.  I do                   |
| 09:04:33 | 8  | intend to issue my decision in writing on this one issue, which                 |
| 09:04:38 | 9  | will obviously narrow things for purposes of our continued                      |
| 09:04:43 | 10 | hearing.                                                                        |
| 09:04:47 | 11 | And if there's nothing else, like I said, I was happy                           |
| 09:04:50 | 12 | to hear evidence if your witnesses were here, Mr. Goldberg.  We                 |
| 09:04:53 | 13 | do sometimes separate hearings into two parts, it's not a                       |
| 09:04:59 | 14 | problem.  But if we don't have the need for that, then I don't                  |
| 09:05:03 | 15 | think there's anything else to do today.                                        |
| 09:05:04 | 16 | **MR. GOLDBERG:**  No, Your Honor.  We'll just reserve our                      |
| 09:05:07 | 17 | right to argue the last two issues after the Court issues an                    |
| 09:05:10 | 18 | order on the one, because we do have argument on the other two                  |
| 09:05:14 | 19 | issues, whether obstruction counts and the first issue as well,                 |
| 09:05:18 | 20 | which is the intentional or purposeful pecuniary harm.                          |
| 09:05:24 | 21 | **THE COURT:**  Do either of you wish to present any oral                       |
| 09:05:27 | 22 | argument to me today on the issue that I am sort of reserving                   |
| 09:05:30 | 23 | on?  I have your briefs.  There are a multitude of cases that I                 |
| 09:05:35 | 24 | want to look at.  I'm happy to hear, though, from you this                      |
| 09:05:38 | 25 | morning, if you'd like to address it orally.                                    |

```
09:05:40   1        MR. GOLDBERG:  The government thinks it's sufficiently
09:05:43   2   briefed in the filings.
09:05:44   3        THE COURT:  Mr. Lockhart?
09:05:45   4        MR. LOCKHART:  I would agree with that, Your Honor.
09:05:47   5        THE COURT:  Mr. Alford, do you understand what's
09:05:49   6   taking place here this morning?
09:05:51   7        THE DEFENDANT:  I do, Your Honor.
09:05:52   8        THE COURT:  Very well.
09:05:52   9        And Senator Gaetz, you understand?
09:05:52  10        SENATOR GAETZ:  Yes, Your Honor.
09:05:52  11        THE COURT:  Thank you, sir.
09:06:00  12        Then I'll get this reset.  My office will reach out to
09:06:03  13   you all to find a convenient time within the next 30 days.
09:06:06  14   Thank you.
```

15                    *(Proceedings concluded at 9:06 a.m.)*

16                          --------------------

17   *I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.  Any*
18   *redaction of personal data identifiers pursuant to the Judicial Conference Policy on Privacy are noted within the transcript.*

19

20

21   *s/Donna L. Boland*                                    *10-11-2022*
     *Donna L. Boland, RPR, FCRR*                           *Date*
     *Official Court Reporter*